# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | EDCV08-419-CAS(PJWx) | Date | May 25, 2011 |
|---|---|---|---|
| Title | *MARGARITO VALLASENOR v. DR. CLINTON; ET AL.* | | |

| Present: The Honorable | CHRISTINA A. SNYDER, U.S. DISTRICT JUDGE | |
|---|---|---|
| Catherine M. Jeang | Not Present | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:** (IN CHAMBERS) - ORDER TO SHOW CAUSE

    Plaintiff in the above-entitled civil rights action is apparently no longer located at his address of record. The Court reminds plaintiff that he is obligated to keep the Court informed of his current address and telephone number, pursuant to Local Civil Rule 41-6. Plaintiff is ORDERED to notify this Court of his current address and telephone number within **ten (10) days** of the date of this Order. Plaintiff is expressly cautioned that if he fails to respond to this Order, may result in the above-referenced action being dismissed with prejudice under Federal Rule of Civil Procedure 41(b), for Plaintiff's failure to prosecute.

                                                                                                                                00 : 00

                                                                 Initials of Preparer          CMJ